**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6657**

WILLIE JOHNSON,

Plaintiff - Appellant,

v.

BRYAN P. STIRLING, SCDC Director of South Carolina Department of Corrections; WEST PRICE; SERGEANT A. HUDSON; SERGEANT STORY; SERGEANT WRIGHT,

Defendants - Appellees.

**No. 19-7791**

WILLIE JOHNSON,

Plaintiff - Appellant,

v.

BRYAN P. STIRLING, SCDC Director of South Carolina Department of Corrections; WEST PRICE; EMILY A. FARR; ELIZABETH SIMMONS; DR. STACY SMITH; DR. RICK TOOMEY, Director of DHEC,

Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Beaufort. Richard Mark Gergel, District Judge. (9:18-cv-03028-RMG-BM)

Submitted:  November 23, 2021                    Decided:  November 29, 2021

Before NIEMEYER, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Johnson, Appellant Pro Se.    William Henry Davidson, II, Kenneth Paul Woodington, DAVIDSON, WREN & DEMASTERS, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Johnson appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on Johnson's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Stirling*, No. 9:18-cv-03028-RMG-BM (D.S.C. Oct. 21, 2019 & Apr. 2, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
